OHIO FARMERS GRAIN CORP., APPELLANT, *v.* BOARD OF
REVISION OF WOOD COUNTY, APPELLEE.

[Cite as Ohio Farmers Grain Corp. v. Bd. of Revision
(1976), 45 Ohio St. 2d 85.]

(No. 75-504—Decided February 11, 1976.)

*Mr. James D. Guernsey*, for appellant.
*Mr. Warren J. Lotz*, for appellee.

*Per Curiam.* The issue presented by this appeal is
identical to that decided by the court this day in *Bobb Bros.*
v. *Bd. of Revision* (1976), 45 Ohio St. 2d 81. The decision
of the Board of Tax Appeals, classifying the items in ques-
tion as real property for purposes of taxation, is neither
unreasonable nor unlawful, and is, therefore, affirmed.

*Decision affirmed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE,
W. BROWN and P. BROWN, JJ., concur.